# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GONZALO RAMOS-RUIZ,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

    Defendants.

Case No. 2:25-cv-00825-CDS-NJK

**Order**

Parties must refrain from including personal-data identifiers in documents filed with the Court. *See* Local Rule IC 6-1(a). Plaintiff's exhibit includes birth dates, home addresses, financial numbers, tax identification numbers, and a social security number. Docket No. 1-2 at 27, 42, 45, 51, 63, 90, 92, 104, 105.

Accordingly, the Clerk's Office is **INSTRUCTED** to seal Docket No. 1-2. <u>Plaintiff must strictly comply with the redaction requirements for personal identifying information moving forward.</u>

IT IS SO ORDERED.

Dated: May 28, 2025

                                                  Nancy J. Koppe
United States Magistrate Judge